No. 86. REGER *v.* HUDSPETH, WARDEN. October 9, 1939. Petition for writ of certiorari to the Circuit Court

of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Fred Reger, pro se.* No appearance for respondent.